UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert B. Oneal    Docket No. 4:15-MJ-1077-1BO

**Petition for Action on Probation**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Robert B. Oneal, who, upon an earlier plea of guilty to Operating With a BAC of .08 or Greater, 36 CFR § 4.23(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 7, 2015, to 24 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 18, 2015, the defendant provided a urine sample that was submitted for laboratory analysis. On January 3, 2016, laboratory analysis revealed positive results for cocaine. On February 5, 2016, Oneal signed an admission form admitting he used cocaine on approximately December 15, 2015. As a sanction for this violation conduct, confinement of 2 days in the custody of the Bureau of Prisons is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: February 11, 2016

**ORDER OF THE COURT**

Considered and ordered this __12__ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge